■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO NOVA, Also Known as RIVERA JONES, Appellant. [982 NYS2d 764]—Judgment of resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered June 21, 2012, resentencing defendant, as a second violent felony offender, to a term of nine years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). At the time of resentencing, defendant had not completed his aggregated sentence (*see People v Brinson*, 21 NY3d 490 [2013]). Concur— Tom, J.P., Acosta, Saxe, DeGrasse and Freedman, JJ.